**Order entered January 23, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00926-CR

### THE STATE OF TEXAS, Appellant

### V.

### VINCENT RUSSELL GIORDANO, Appellee

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. M17-41558-C**

## ORDER

Appellee's motion to accept tendered brief is GRANTED and the Clerk of the Court is hereby ordered to file the appellee's brief tendered to the Court.

/s/     LANA MYERS
PRESIDING JUSTICE